**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **JIAN CHEN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 4:15cv00501** |
| | § | (Judge Clark/Judge Bush) |
| **METROPOLITAN LLOYDS INSURANCE** | § | |
| **COMPANY OF TEXAS and** | § | |
| **CHRISTOPHER JAMES BUCHANAN,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE AND ORDER REMANDING CASE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On February 19, 2016, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion to Remand (Dkt. # 23) be GRANTED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's recommendations as the findings and conclusions of the court. Therefore, Plaintiff's Motion to Remand (Dkt. # 23) is **GRANTED**.

It is CONSIDERED, ORDERED, AND ADJUDGED that this case is hereby **REMANDED** to the 416th District Court of Collin County, Texas for further proceedings, and this matter is closed on the court's docket.

**So ordered and signed on**

**Mar 10, 2016**

_____
Ron Clark, United States District Judge